UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RENALDO BROWNE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action  No. 11-12038-JLT |
| | * | |
| COMPASS GROUP USA, INC., | * | |
| D/B/A/ CHARTWELL DINING | * | |
| SERVICES, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 7, 2012

TAURO, J.

After considering Magistrate Judge Bowler's Report and Recommendations [#22], Defendant's Objection to Report and Recommendations [#23], and Defendant's Motion for Judicial Permission to Amend Complaint [#26], this court ACCEPTS and ADOPTS the July 12, 2012 Report and Recommendation [#22] of Magistrate Judge Bowler.  Although the Report and Recommendations explicitly required Plaintiff to file both a Motion to Amend and a Proposed Amended Complaint by August 6, 2012, Plaintiff's Motion for Judicial Permission to Amend Complaint did not contain a proposed amended complaint or any other documents that address the court's concerns stated in the Report and Recommendations.  For the reasons set forth in the Report and Recommendations, this court hereby orders that Defendant's Motion to Dismiss [#13] is ALLOWED.

Accordingly, Plaintiff's Motion for Order Compelling Discovery [#19], Motion for

Default [#21], Motion for Entry of Second Default [#25], and Motion for Judicial Permission to Amend Complaint [#26], are hereby DENIED.  This case is CLOSED.

IT IS SO ORDERED.

           /s/ Joseph L. Tauro
United States District Judge